MURIEL B. KAPLAN (SBN: 124607)
MICHELE R. STAFFORD (SBN: 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA  94105
Telephone:   (415)  882-7900
Facsimile:   (415)  882-9287

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS BENEFICIAL AND HOLIDAY FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; FRED INMAN, AND DAVID AYALA AS TRUSTEES; AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>SPIROS D.VASILATOS individually and dba SPIROS D. VASILATOS PAINTING<br><br>　　　　　　　　Defendant. | CASE NO.: C 05-3719 PJH<br><br>**REQUEST FOR ISSUANCE OF WRIT OF EXECUTION; DECLARATION OF MICHELE STAFFORD IN SUPPORT THEREOF** AND ORDER |

I, Michele R. Stafford Declare as follows:

1. I am the attorney for the plaintiffs in the above-entitled action.

2. On or about September 30, 2005, within ten years last past, a Stipulated  Judgment was entered  in the amount of $67,572.44, for and on behalf of said plaintiffs and against defendants and judgment debtors, SPIROS D.VASILATOS individually and dba SPIROS D. VASILATOS PAINTING.

3. Payments are due on or before the last day of the month.  Defendants have made multiple payments, mostly by joint check from various general contractors on projects upon which

1 defendants were working. However, the payment due on February 28, 2006 was not received. A
2 default notice was sent to defendant, but no payment has been received in response.

3     4.    The principal balance remaining due on the Stipulated Judgment is **$27,672.81**, plus
4 interest at the rate of seven percent per annum from February 21, 2006 (when the late paid January,
5 2006 payment was received) until satisfied. The interest that has accrued through March 14, 2006
6 is **$111.45**. Pursuant to paragraph 4 of the Stipulation, liquidated damages of **$5,843.14** were
7 *conditionally* waived, upon Trustee approval once all other amounts due under the Stipulation have
8 been satisfied. As defendants have defaulted under the Stipulation, the conditionally waived
9 liquidated damages once again become part of the Judgment. **Therefore the balance due on the**
10 **Judgment is $33,627.40.**

11     5.    Pursuant to paragraph 7 (D) of the judgment entered "Defendant shall pay all
12 additional costs and attorneys' fees ...in connection with collection...under this Stipulation."

13 Attorneys fees through September 13, 2005 were included in the Judgment. Since then,
14 additional attorneys fees of **$4,848.50** have been incurred.

15 I personally have spent 16.7 hours, at the rate of $165.00 per hour from September 14, 2005
16 through March 13, 2006 in connection with this matter. The fees were for finalizing and revising
17 the Stipulated Judgment (the fees in the Judgment were not revised during the final editing stage
18 of the Judgment), telephone calls and correspondence with defendants' counsel and the Trust
19 Funds' administrator, preparation of default notices and preparation of this Writ Request. In
20 addition, as many of the payments received under the Stipulated Judgment were received from
21 general contractors, I was required to obtain and review certified payroll records from all of
22 defendant's jobs, review them, calculate the amounts due on each job, communicate with the
23 general contractors regarding payment of hours on their jobs, prepare conditional and later,
24 unconditional releases relative to each project.

25 Muriel B. Kaplan, a shareholder of this firm spent 9.1 hours from September 14, 2005
26 through March 13, 2006 in connection with the above activities when her time was billed at the rate
27 of $170.00 per hour

28 I am informed and believe that Tamra Brown, the paralegal employed by this law firm, spent

1 5.6 hours in connection with the above matters from September 14, 2005 through March 13, 2006
2 when her time was billed at rate of $97.50 per hour.

**The additional attorneys fees reasonably incurred by plaintiffs therefore total $4,848.50 through March 13, 2006.**

6. The amount now due under the terms of the Judgment Pursuant to Stipulation are:

| | |
|---|---|
| Balance due on the Judgment: | $27,672.81 |
| Interest on balance through 3/13/06: | $111.45 |
| Conditionally Waived Liquidated Damages: | $5,843.14 |
| Attorneys Fees (through 3/13/06): | $4,848.50 |
| **TOTAL:** | **$38,474.90** |

7. An original Writ of Execution is enclosed herein for issuance by the Court.

WHEREFORE, it is prayed that a Writ of Execution be promptly issued for $38,474.90 plus 7% per annum interest until satisfied, and that the Court retain jurisdiction over this matter.

Dated: March 15, 2006    SALTZMAN & JOHNSON LAW CORPORATION

/s/
Michele R. Stafford
Attorneys for Plaintiffs

### ORDER

Let a Writ of Execution be issued in the sum of $38,474.90, plus 7% per annum interest until satisfied, in favor of plaintiffs and against judgment debtors, SPIROS D. VASILATOS individually and dba SPIROS D. VASILATOS PAINTING. This matter shall remain under this Court's jurisdiction.

Dated: 3/17/06

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**
**C 05-3719 PJH**